THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIBIO NAPPIO, Appellant, Impleaded with Others.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Mills, Rich, Putnam, Kelly and Jaycox, JJ., concur.

.JAMES O'NEILL, Respondent, v. ANNA ELIZABETH O'NEILL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the moving papers do not show that the proposed witness is not within the State of New York. (Code Civ. Proc. §§ 887, 894; Sullivan v. Taintor Manufacturing Co., 144 App. Div. 797.) Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

TRINITY TRADING CORPORATION, Respondent, .v. LEWIS J. SELZNICK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur. Settle order on notice.

CHARLES P. LENNOX, Plaintiff, v. DOUGLAS E. LENNOX and Others, Defendants. SAMUEL J. MASHKOWITZ, Appellant.— Motion for stay granted on condition that appellant perfect the appeal, place the case on the calendar for the second Friday of the June term and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.